ACCEPTED
06-15-00127-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
11/5/2015 2:06:50 PM
DEBBIE AUTREY
CLERK

# SIXTH COURT OF APPEALS

## 06-15-00127-CR

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS

11/5/2015 2:06:50 PM

DEBBIE AUTREY
Clerk

## *Thien Quoc Nguyen, Appellant*
## *v.*
## *State of Texas, Appellee*

### On Appeal from the 219th Judicial District Court
### McLennan County, Texas
### Cause Number 2012-2444-C1

# Motion to Extend Time to File Appellant's Brief

**Michael Mowla**
**P.O. Box 868**
**Cedar Hill, Texas 75106**
**Phone: 972-795-2401**
**Fax: 972-692-6636**
**michael@mowlalaw.com**
**Texas Bar No. 24048680**
**Attorney for Appellant**

**To the Honorable Justices of the Court of Appeals:**

Appellant moves for an extension of time of **30 days** to file the Appellant's Brief [*See* Tex. Rule App. Proc. 10.5(b) and 38.6(c)]:

1.     This case is on appeal from the 19th District Court of McLennan County, Texas.

2.     The case below is styled the *State of Texas v. Thien Quoc Nguyen*, and is numbered 2012-2444-C1.

3.     On June 11, 2015, sentence was imposed in open court.

4.     Appellant was convicted of Aggravate Assault with a Deadly Weapon.

5.     Appellant is presently incarcerated.

6.     The reporter's record was filed on November 3, 2015.

7.     The clerk's record was filed on October 8, 2015.

8.     The Appellant's Brief is due on **December 3, 2015**.

9.     Appellant requests an extension of time of **30 days** from the present due date to file the Appellant's Brief, i.e., until **January 2, 2016**.

10.     No previous extension to file the Appellant's Brief has been filed.

11.     Appellant relies on the following facts as good cause for the requested extension: Attorney for Appellant just presented oral argument in the Court of Criminal Appeals in *State v. Hill III*, PD-0019-15, which is a complex, time-

consuming case.

12. Further, Attorney for Appellant has the following briefs, petitions for discretionary review, or other pleadings due soon:

- *United States v. Wafer,* 15-50642, appellant's brief due in the 5th Circuit, November 12, 2015.

- *Collins v. State,* 08-15-00103-CR, Reply Brief due in the 8th Court of Appeals, November 18, 2015.

- *Geiger v. State,* 08-15-00213-CR, Appellant's Brief due in the 8th Court of Appeals, November 20, 2015.

- *United States v. Carroll,* 3:15-cv-03521-N, Brief in support of motion under 28 U.S.C. § 2255, due November 30, 2015.

13. In addition, Mowla has been working on two complex death penalty habeas cases - *Ex parte Thomas*, F86-85539, in the 194th Judicial District Court, and *Green v. Director*, 3:15-cv-02197-M-BH, in the Northern District of Texas. The due date of the application in *Thomas* will likely be in January 2016.

14. Finally, Attorney for Appellant continues work on several habeas cases involving the underlying issue in *Miller v. Alabama*, 132 S.Ct. 2455 (2012).

15. Attorney for Appellant has a responsibility to provide Appellant with the effective assistance of appellate counsel, *see Evitts v. Lucey*, 469 U.S. 387, 392 (1985), and Attorney for Appellant believes that that the additional time is necessary to provide such effective appellate counsel.

16. Attorney for Appellant thus requests the extension so that he may

properly prepare the Appellant's Brief.

17.    This Motion is not filed for purposes of delay, but so that justice may be served.

**Prayer**

Appellant prays that this motion for extension of time to file the Appellant's Brief be granted.

> Respectfully submitted,
>
> Michael Mowla
> P.O. Box 868
> Cedar Hill, Texas 75106
> Phone: 972-795-2401
> Fax: 972-692-6636
> Email: michael@mowlalaw.com
> Texas Bar No. 24048680
> Attorney for Appellant
>
> /s/ **Michael Mowla**
> Michael Mowla

**Certificate of Service**

This certifies that on November 5, 2015, a true and correct copy of this document was served on Sterling Harmon of the District Attorney's Office, McLennan, by email to sterling.harmon@co.mclennan.tx.us.

> /s/ **Michael Mowla**
> Michael Mowla

4